# Exhibit A

# RE: Wire Transfer from BOA (140K)

| | |
|---|---|
| From: | Raymond Ho <​███████████> |
| To: | ███████████ |
| Sent: | July 16, 2014 1:48:22 PM EDT |
| Received: | July 16, 2014 1:48:26 PM EDT |
| Attachments: | ███████ Wire Transfer Receipt (140K).pdf |

Hi ███,


Please refer to the attached wire transfer receipt on the $140,000 wire transfer sent today.


Best regards,

Raymond

00000001_RE_ Wire Transfer from BOA (140K)

RH-00012998



**Funds Transfer Request Authorization (FTRA)**

### Customer Information
Name: HG INTERNATIONAL PLLC
Phone: [redacted]
Address: [redacted]

### Account Information
Account: [redacted]
Account Title: DC IOLTA TRUST ACCOUNTS HG INTERNATIONAL PLLC TRTEE

Requestor Name: RAYMOND HO

### Wire Information
| | | | |
|---|---|---|---|
| Wire Type: | DOMESTIC | Wire Date: | 07/16/2014 |
| Country: | US | Wire Amount (USD): | 140,000.00 |
| Currency of Recipient Account: | USD | | |
| | | Wire Fee: | 25.00 |
| Source: | IN PERSON | | |
| ID Verification ID Type: | DRIVER'S LICENSE (WITH PHOTO) FROM | | |
| ID Type: | MAJOR CREDIT CARD FROM ANOTHER FINA | | |

### Recipient Information
Recipient Name: [redacted]
Bank Name: COMMUNITY BANK OF LOUISIANA
Account Number Type: ACCOUNT NUMBER
Account Number: [redacted]
Bank ID: [redacted]
Address: [redacted]
Address: [redacted]

Information about payment:
Purpose of Payment: OTHER
Additional Phone Advice:
Additional Reference Informations: RETURN OF FUNDS
Additional Bank Instructions:

### Customer Approval
I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided by Bank of America at the time the wire is sent.

If a Consumer International wire: Due to International Remittance Transfer disclosure requirements, customers must remain in the banking center until customer is provided the Remittance Transfer Receipt (RTR). If customer leaves prior to receiving RTR, the international remittance transfer will be cancelled.

Customer Signature: [signature]
Date of Request: 7/16/09

### For Bank Use Only: Wire Initiation/Banking Center Information
| | | | |
|---|---|---|---|
| Banking Center Name | [redacted] | Date: | July 16, 2014 |
| Company # / Cost Center #: | [redacted] | Phone #: | |
| Initiating Associate Name: | [redacted] | Remittance ID #: | [redacted] |

Indicate Method of Signature Verification (if applicable): Sig Card [X] | Bus. Resolution | Posted Check #