# Exhibit B

# VIDEO FILE

File Name: TRK001C1.AVI

Bates No.: RH-00004524

Will Be Produced on CD and Provided to the Clerk's Office, Probation, and Defense Counsel if the Court Grants the Government's Motion for Leave to File the CD.