# Exhibit C

**UC Meet, VIDEO 12/17/2015**

15:40 UC Phone rings
UCA 1: Yes, sir

UCA 1: What's up? Yeah

UCA 1: When I called him, he said he'd be here in ten minutes.

UCA 1: I'd have to look, hold on one second, well probably about 5-10 minutes ago almost, he should be here any minute

UCA 1: Yeah

UCA 1: Cool. Alright thanks, bye

**At approximately 0832 HO gets into car. The video shows that at 19:18 in the video HO arrives to driver's side window**

UCA 1: Hey bud. How's it going?

HO: Hi. I'll show you where we can meet next time

UCA 1: Okay

HO: Just across the street.

UCA 1: Okay

HO: That'd be better.

UCA 1: Okay.

HO: Do you want go there now or?

UCA 1: If you don't mind we stay here.

HO: Stay here?

UCA 1: Yeah, is that cool? You want jump in?

HO: [inaudible]

19:58 HO enters vehicle

UCA 1: Thanks yeah I gotta go pick up the boss's wife at yoga class after this.

HO: Oh you're the right hand man huh

UCA 1: I got the GPS up, he's like go pick her up after you drop me off at the airport go pick her up at yoga class so she can be home for the kids.

HO: He stays here?

UCA 1: Yeah he's in DC so I was like, if I meet here I know exactly how to get back on to D.C.

HO: Okay, no problem

UCA 1: I appreciate it, so I got it here

HO: Do I need to count or..?

UCA 1: Yeah let's do that. This is your 5% off the top it's actually only twelve

HO: Twelve? Okay

UCA 1: Yeah so that makes it six hundred in there

HO: Six hundred

UCA 1: And if you want to count that first

HO: Left is.. let's see

UCA 1: So no there's still twelve thousand here

HO: Still, ok I see

UCA 1: Yeah we took..

HO: So don't subtract it

UCA 1: Yeah.. no

HO: Okay. I got it

UCA 1: So if you want count that first

HO: Do you have instructions where to send it to?

UCA 1: Yeah, I wrote that down here, so this is the name of the bank in ▮▮▮▮, that's our account name

HO: ▮▮▮▮▮

UCA 1: Yeah ▮▮▮▮▮ bank

HO: Bank

UCA 1: That's our..

HO: [UC company name]

UCA 1: [UC company name]

HO: International

UCA 1: And then the account is ▮ and then those numbers and that's a zero at the end of my awesome hand writing, that's the swift code

HO: [swift code]

UCA 1: Yup and then that's the address of our bank over there

HO: Alright I'll get the receipt I'll email it to you

UCA 1: Okay perfect

HO: To make sure everything's fine

UCA 1: Okay

HO: I'll call this investment [inaudible], we're gonna invest in..

UCA 1: Yup

HO: You have a general idea or I'll say something... it's a project.  I'll say something

UCA 1: Yeah

HO: [inaudiable] if ask me

UCA 1: Alright just like we talked about last week you know you had mentioned some reports that had to filed, I want to make sure that those aren't going to be filed

HO: No, no, no, no it's fine

UCA 1: Oh no? Okay I just want make sure cause yeah if it comes back to myself or my boss yeah

HO: No, no it's fine

UCA 1: Yeah we're to uhh..

HO: I know, discrete

UCA 1: Too good looking people to go to jail

HO: I understand, no, no, and then so after this I know next, is there one next week?

UCA 1: No probably not he's leaving like yeah.. I dropped him off at the airport today.

HO: So maybe next year?

UCA 1: Yeah it's going be next year

HO: Cause I'm traveling starting Saturday, next Saturday.

UCA 1: Oh for Christmas?

HO: Yeah I'm going to Stowe

UCA 1: Okay yeah, so like you mentioned to see your, is it your brothers family or your wife's?

HO: My sister-in-law

UCA 1: Okay so that's your wife's sister?

HO: Yeah

UCA 1: Okay gotcha very good

HO: Alright ok so I will get this done

UCA 1: Good, do you want, we should probably count it just to make sure?

HO: It's alright, it's alright

UCA 1: You sure?

HO: If any problem I'll...you'll get my call

UCA 1: Gotcha, alright

HO: Cause I want call the bank anyway

UCA 1: And another thing my boss wanted me to mention is that you knew, that, you know, he wanted to give you an opportunity that if you weren't comfortable with this to move out so

HO: No, it's fine,

UCA 1: Okay

HO: But let's just make sure this is real cash

UCA 1: Yeah, yeah it's real cash, I put it in so the, the twenties are all in thousand dollars, and there's some fifty's in there that are that's the five thousand.

HO: Okay, okay

UCA 1: So the twenties are in…let me just, let me just show

HO: No, no it's alright I'll deal with it.

UCA 1: Yeah cause he, he wanted to make sure you're ok with his business

HO: It's fine. I've done it before especially for my Asian clients. But for example I buy, I buy actually drones for them cause they send me money.

UCA 1: Okay. Okay. Gotcha, yeah cause I mean he's in a lot of different things but you know but recently some of the stuff has been from you know moving people across the border and what not

HO: I see ok I understand

UCA 1: I just wanted to make sure you were ok with that and you were good with that

HO: Just need to know basis

UCA 1: Okay, gotcha this is the last time I mention it, this is the last and only time I mention it

HO: The less I know the better

UCA 1: Yeah this is the last time I mention it but I just wanted to make sure you were comfortable because you know, he's, he expects a lot, a lot of business coming

HO: As long as it's, you know, the only thing I worry about is counterfeit

UCA 1: No, no, it's not counterfeit no.

HO: Okay, as long as it's not counterfeit we're fine. Cause that would get me in trouble

UCA 1: Oh yeah, yes understand I don't want, yeah, I see, I see this being a good business partnership so.

HO: Okay alright, as long as it's real money

UCA 1: Yup real money, we're good to go.

HO: I can deal with the rest, [inaudible]

UCA 1: Okay cool. So how long do you think till it gets there?

HO: I'll do it today actually

UCA 1: Oh you'll send it out today?

HO: Let me think, maybe I should do it tomorrow, let me do it tomorrow

UCA 1: Yeah that's fine

HO: Cause the rest of the day cause sometimes when you go too fast they will ask questions

UCA 1: Yeah. Oh understandable you're the expert so

HO: So if he'll allow me tomorrow I prefer to do it tomorrow

UCA 1: Okay and then it could be to ▆ by Monday, or Tuesday?

HO: Yeah, the fastest I think is the next day we [inaudible]

UCA 1: Okay

HO: Sometimes it's two days

UCA 1: Okay, that's cool

HO: So I can tell you when it's..

UCA 1: Yeah once it gets

HO: Depend on the bank you know process

UCA 1: Yeah once it gets in that bank then I'll give you a call back and we can figure out, it'll probably be, middle of January, middle to late January next month is what I'm anticipating obviously

HO: Probably bigger amount next time

UCA 1: Oh yeah definitely much bigger, like I said last time you know we want test and make sure everything goes and then you know.

HO: Alright

UCA 1: And uh if we are pushing 100, 150, 200 thousand dollars are you ok with that?

HO: Yeah that's fine

UCA 1: Okay, I know you had mentioned that…

HO: Again, I just need to come up with, just you know, I need to come up with structure

UCA 1: Okay

HO: On my end just in case if they might ask questions I have invoices and things like that

UCA 1: What is, I didn't know if I could brainstorm too, your company HG International, PLLC?

HO: Right it's, I do consulting sources

UCA 1: Okay, alright yeah we can figure out something

HO: So I might just generate invoice

UCA 1: Yeah you can generate one for this

HO: Do you have a company or anything

UCA 1: Yeah you can use the [UC company name]

HO: Ok, I'm going generate invoice just in case we need to show invoice then they won't ask me questions

UCA 1: Okay

HO: But um just you know just to, justify in case, it's like an insurance.

UCA 1: Okay

HO: But I don't anticipate they'll ask questions

UCA 1: Yeah I know I mentioned last time it would be in a duffle bag but I thought you know pulling up here

HO: No next time..

UCA 1: This would be easier you know just in case there's like mall security

HO: I'll get you a nice, nice brief case we can put it in

UCA 1: Okay yeah. I didn't know with like mall security. I didn't know if they had cameras or what not

HO: Yeah, no I'll give you

UCA 1: This would be a lot easier just to tuck under your coat then oh this guy got in a car with a brief case you know

HO: Yeah I should of brought, should of brought my bag

UCA 1: Oh do you want to go grab it?

HO: Uh let me think…

UCA 1: Then we can act like we're looking for documents if you know there's cameras

HO: It's ok, this is a lunch bag

UCA 1: Okay yeah that works

HO: This is fine

UCA 1: Okay

HO: Alright great I'll get back to you

UCA 1: Alright so I'll give you a call on Tuesday, you're leaving Saturday to go up to Stowe?

HO: Not this Saturday, next Saturday

UCA 1: The following Saturday right after Christmas

HO: Yeah after Christmas

UCA 1: Alright yeah so I'm dropping his wife & kids off at the airport for on Saturday but I'll give you a shout

HO: This Saturday?

UCA 1: Yeah this Saturday, I'll give you a shout on Monday or Tuesday, or whenever the money gets there

HO: But it's ok if I send you an email?

UCA 1: Oh yeah that's fine [UCA 1 email]

HO: Okay great, perfect

UCA 1: Alright great, Thanks a lot Raymond I appreciate it.

**27:24 HO begins exiting the care**

HO: No problem

UCA 1: If we don't, well yeah I'll talk to you next week. Alright Merry Christmas

HO: Merry Christmas

UCA 1: Take care.