# Exhibit D

UCA 2: No, that's fine, that's fine because I think the wire, I think it turned around pretty quick. I think it was with (inaudible) it was a day or two I believe over into my account. Is there, you know, UCA 1, you know, is there, other than the Hong Kong passport, is there something else that maybe you can help us out, kind of help us protect us a little bit in our --

MR. HO: Another place, I don't know, another location I wanted to check out is at the Cayman Island.

UCA 2: To open an account there?

MR. HO: Yeah.

UCA 2: Can we, like --

MR. HO: Because I have connections there. But I need some (inaudible) I think one of my source, it can help if you open one there for $10,000.

UCA 2: Oh, that's easy.

MR. HO: Yeah, so --

UCA 2: Is that something that we, you

and I could open kind of like as a --

MR. HO: Yeah, yeah.

UCA 2: -- as a joint account or something, or would it just be for you to help protect, shield us or --

MR. HO: Do a joint account because we have connection through the banks there.

UCA 2: Okay.

MR. HO: So maybe that's another way, have a joint account in Cayman Island.

UCA 2: Okay.

MR. HO: That's closer to US.

UCA 2: It is.

MR. HO: And so we can --

(Simultaneous speaking)

UCA 2: And then from the Cayman we can get it over to Belgium? Have you worked with the Caymans before?

MR. HO: My sort of business --

UCA 2: Okay.

MR. HO: I guess you could say partner because we, some of the stuff we've gone in

together.

UCA 2: Okay.

MR. HO: He has account there, and he has the, he used to be a banker.

UCA 2: Oh really?

MR. HO: Yeah, so he has the --

UCA 2: So he knows --

MR. HO: Another client wanted the, if you do it yourself, he tried that sort of, he had a client who tried to do it himself. It's hard.

UCA 2: Okay.

MR. HO: Without connection, they are, okay, they reject it.

UCA 2: Mm-mmm.

MR. HO: Because they don't want to, you know, you got to go to the connection.

UCA 2: Mmm.

MR. HO: But, you know, there's a price for that.

UCA 2: Is there any questions asked down there as far as, like, so walk me through. Walk me through the process if you know it. If

you know it.

(Simultaneous speaking)

MR. HO: -- account open.

UCA 2: Okay.

MR. HO: Once you got, just like Hong Kong, it's hard to get account open down there.

UCA 2: Is it?

MR. HO: Due to US pressure. So, but once you get that account open, it's not the US, I think US opposite. I think US easy to get.

UCA 2: Yeah.

MR. HO: But they mess around with you too much.

(Off microphone comments)

UCA 1: Because I remember you saying about --

MR. HO: Well see, I don't know exactly what's involved.

UCA 1: Having to file taxes, something (inaudible) when we need --

MR. HO: See, that --

UCA 2: Mm-mmm.

MR. HO: That's the thing. If US citizen now a days, they require you to fill out everywhere. That's why it's better to have to do it as a dual. I can just use my other passport. And the problem now a days is sometimes, okay, the way around, I mean there's always a way around.

If initial they give you a US address, they suspect you have a US connection, they may force you to fill out this form that they'll submit to IRS. But If you change it, initially don't use US address, right? You can start with the local address. Then you change it after you have account open, change to US address.

You're not going to go open your local address mail. Change after, they don't ask questions. But initially as a review, anything having a US phone number, you're sort of required to fill out this form. Basic force by US Government. They want the tax.

UCA 1: But we can get around that if we open up a joint? Or would I need a different

passport?

MR. HO: Yeah, I have a different, the passport is a local address. So it shields from any kind of US connection.

UCA 2: Connection.

MR. HO: They don't force you to sign this paperwork and US don't know about it because --

UCA 2: Well, I don't have that. Do you, I mean, do we have to get, like, a fake one or something?

MR. HO: No, I think joint account wise, it's okay. So once I'm the main account, I can have you --

UCA 2: Oh, you can just add me?

MR. HO: I think that should be okay.

UCA 2: Oh, that's fantastic.

MR. HO: Because the main account would have to deal with taxes, not the subsequent account holder. You know, I could double check, but I'm pretty sure. Usually that's how that works. It's the main account holder that has to

deal with tax, the review and scrutiny. But anyway, that's a way around.

UCA 2: Good.

MR. HO: But it's a little harder. It's much easier before, but now --

UCA 2: Yeah.

MR. HO: But now US put hands on it. They want it taxed.

UCA 2: Yeah, yeah, wow.

MR. HO: They even enforce the Swiss.

UCA 2: Yeah, I heard that. I heard they force the Swiss.

MR. HO: No people don't open account there anymore. They have to report.

UCA 2: Belgium has been very, very friendly to us and really know questions in Belgium at this point. You know, but --

MR. HO: Yeah. Usually they still, even in Europe again, your business is your business. They're not going interfere with how you do it. Anyway, they're going to try to (inaudible). US, I don't know. Some reason, I

think because ever since people get dragged into the Congress and pressured here --

UCA 2: Oh, yeah.

MR. HO: They're scared. And they will close your account in a nanosecond if they think you're a problem. Any kind of, you know, whether it's fair or not, it's not your fault --

UCA 2: They'll just close it.

MR. HO: They'll just close it.

UCA 1: It's like whatever, close it.

UCA 2: Wow, wow.

MR. HO: Because I have my account closed before. And --

UCA 2: You?

MR. HO: Yeah. It's like --

UCA 2: Really?

MR. HO: -- they don't have to give you information. They just say well, when you open an account you signed this agreement that it can close for any reason.

UCA 2: Do they at least give you your money back?

MR. HO: Yeah.

UCA 2: Oh, okay. All right.

(Simultaneous speaking)

UCA 2: It's like they're robbing you.

MR. HO: No, no.

UCA 2: It's like they're robbing us.

(Simultaneous speaking)

MR. HO: No, that they can't take your money. But sometimes losing accounts, it's hard.

UCA 1: Oh, no. I got it. Either he or I will. This looks pretty good.

MR. HO: So anyway, that's one thing we can do. But there's other stuff, you know, like I say. I don't know what other areas that you may need help because maybe you can run by me.

UCA 2: I'm always looking to, you know, I'm always looking to expand and help protect the business. Especially, you know, when UCA 1 told me you were an attorney, I first cautioned him to be honest with you, you know, because I mean, just --

(Simultaneous speaking)

MR. HO: I'm a different type of attorney.

UCA 2: I know, but just the title though, you know what I'm saying? And then when everything worked out so smoothly the first time and, you know, we were able to talk on the phone when I was in Nairobi, that was very important to me.

And knowing that, I was like well maybe we can bring it, I'll bring you in a little bit more and then maybe help us with our programs. You know? But I don't know. I think maybe --

MR. HO: Well, there's always, yeah, there's always other ways to improve I guess.

UCA 2: Oh, absolutely. A hundred percent. Yeah.

MR. HO: And that's where I am too. I'm always evolving. That's why (inaudible) just to make it a bit easier because the rules change, laws change, situations change. You have to