# Exhibit E

# RE: Disbursements (Chase Bank)

From:     Raymond Ho <​███████████>
To:     ███████████
Sent:     September 24, 2014 12:22:03 PM EDT
Received:     September 24, 2014 12:22:03 PM EDT

Hi ███:

The disbursements on the $27,840.50 are as follows:

1. Please keep our 5% ($1,392.00) in the account.

2. Please distribute 80% ($22,272.40) via wire transfer to the following account:
   BANK OF COMMUNICATIONS
   OFFSHORE BANKING CENTER SHANGHAI, CHINA.
   ███████████████████████
   SWIFT CODE: ███████
   ACCOUNT NUMBER: ███████
   BENEFICIARY NAME: ███████
   ADDRESS: ███████████████████

3. Please distribute 15% ($4,176.10) via ledger transfer to the following account at Chase:
   Chase Bank
   Account Name: ██████
   Account Number: ██████

We can combine or initiate separate disbursements using the same percentages on the other incoming fund of $67,840.50 if such fund can be confirmed today at your end.

Best regards,
Raymond