# Exhibit F

# RE: Fin International Account at Wells Fargo

From: Raymond Ho <​█████████>
To: █████████
Sent: November 5, 2014 2:25:58 PM EST
Received: November 5, 2014 2:25:49 PM EST

Hi █

On the $180,000 received today in the Fin International account at Wells Fargo, can you take the actions below today:

(1) Please wire transfer $36,400 to the same BOA account (see below)

BANK NAME: Bank of America

BANK ADDRESS: █████████

A/C NO: █████████

ABA NO: █████████

SWIFT CODE: █████████

BENEFICIARY: █████████

(2) Please issue a bank (cashier's) check to me (Raymond Ho) for $40,000 so that I can conduct further distributions from my end.

(3) Please keep $1,000 of the 1% fee for yourself via cash or check to your own account.

(4) We should have about $102,000 left in the account (excluding my own original fund of about $1,000), which needs to be distributed later (i.e., after a holding period for which we can better handle or avoid any potential issues).

Thanks,

Raymond