# Exhibit G

# RE: List of Banks

From: Raymond Ho
To:
Sent: July 18, 2014 11:39:52 AM EDT
Received: July 18, 2014 11:39:52 AM EDT

Hi

Per your request, below is a list of current banks to use:

Suntrust Bank (Business and Personal):

Bank Name: Suntrust Bank

Bank Address:

Account Name: NDQ International, PLLC

Account No.:

SWIFT No.:

Routing No.

Banker Name:

Bank Tel:

Bank Fax:

Bank Name: Suntrust Bank

Bank Address:

Account Name: Raymond Ho

Account No.:

SWIFT No.: ███
Routing No. ███
Banker Name: ███
Bank Tel: ███
Bank Fax: ███

HSBC (USA and HK – Personal)

Bank Name: HSBC Bank USA, N.A.
Bank Address: ███
Account Name; Raymond Ho
Account No.: ███
SWIFT No: ███
Routing No: ███
Banker: ███
Bank Tel: ███
Bank Fax: ███

Bank Name HSBC, HONG KONG
Bank Address ███
Account No. ███
Account Name JUIWEN HO (HO GROUP HOLDINGS, INC.)
███
Bank Officer ███
Bank Telephone ███

Bank Officer Email █████████████

PNC Bank (Attorney Trust Account):

Bank Name: PNC Bank

Bank Address: ████████████████████████

Account Name: HG International, PLLC

Account No. (IOLTA/Escrow): ████████

SWIFT No.: ██████

ABA/Routing No.: ███████

Banker: ██████

Office No.: ██████

Fax No.: ██████

e-mail: ████████████████

JP Morgan Chase (Business):

Bank Name: JP Morgan Chase Bank

Account Name: FIN International, LLC

Account No.: ██████

SWIFT No.: ██████

Routing No.: ██████

Banker Name: ██████

Address: ████████
████

Tel: ███

BB&T (Attorney Trust Account):

Bank Name: BB&T

Bank Address: ███

Bank Account Name: HG International, PLLC

Bank Account (IOLTA/Escrow): ███

SWIFT No.: ███

Routing No.: ███

Banker Name: ███

Banker Tel: ███

Banker Fax: ███

You have my other affiliated bank accounts that are still current at Wells Fargo, RBC, and etc. I plan to open more accounts due to account closures at Bank of America, Citibank, and Wells Fargo.

Best regards,

Raymond