# Exhibit H

1  **UCA 1:** It's --

2  **MR. HO:** -- they, they, they sort of nosy.
3  Um, I mean, saying that, you still, have a good
4  business reason you can use as a cover.

5  **UCA 1:** Okay.

6  **MR. HO:** It's just -- and usually --

7  **UCA 1:** Now, uh --

8  **MR. HO:** That's one aspect. The other
9  aspect's the tax, right?

10  **UCA 1:** Yeah.

11  **MR. HO:** So, you know --

12  **UCA 1:** Tax.

13  **MR. HO:** Anything here is subject to
14  taxation.

15  **UCA 1:** Yeah.

16  **MR. HO:** Unless you -- you know, before,
17  I've been using a -- my attorney escrow account.

18  **UCA 1:** Okay.

19  **MR. HO:** But even that, it's, it's, uh --

20  **UCA 1:** Would it be easier to dump money
21  into that account, or --

22  **MR. HO:** Yeah, I can, I can put it in my
23  escrow account, yeah.

24  **UCA 1:** Okay.

25  **MR. HO:** Transfer out to Hong Kong

RH-00001284

```
 1      (inaudible).  I'm just worried if I do it from here,
 2      then they'll start asking questions, who, who I
 3      send --
 4              UCA 1:  Who --
 5              MR. HO:  -- it to --
 6              UCA 1:  Yeah.
 7              MR. HO:  -- what's it for, I -- my -- may
 8      get a call.
 9              UCA 1:  Okay.
10              MR. HO:  And when it (inaudible) --
11              UCA 1:  Uh-huh.
12              MR. HO:  But for this amount, you usually --
13              UCA 1:  No, nothing?  Okay.  They'll
14      start -- okay.
15              MR. HO:  So, anyway, that's fine.
16              UCA 1:  Okay.
17              MR. HO:  That, that -- I'm not too worried.
18       I mean, $15,000 --
19              UCA 1:  Yeah, that's simple to start off.
20      That's why I figured --
21              MR. HO:  But what -- but what, what --
22              UCA 1:  -- if I, you know, lost --
23              MR. HO:  -- what would you expect regularly,
24      like --
25              UCA 1:  Oh, anywheres (sic), um, probably
```