IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | 1:17-cr-215 (LMB) |
| RAYMOND JUIWEN HO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is defendant Raymond Juiwen Ho's Motion for Early Termination of Supervised Release ("Motion"). Although the United States opposes the Motion, the Court finds the opposition unreasonable. Defendant's supervising probation officer fully supports defendant's Motion and has explained to the Court that defendant has been a model supervisee by reporting regularly, making monthly restitution payments, and securing full-time employment. Moreover, defendant has served more than half of his required period of supervised release and has been in full compliance. Finding that defendant's conduct warrants relief and early termination is in the interests of justice, pursuant to 18 U.S.C. § 3583(e)(1), defendant's Motion [Dkt. No. 51] is GRANTED; and it is hereby

ORDERED that the term of supervised release be and is terminated and the defendant, Raymond Juiwen Ho, be and is discharged from further supervision. All terms of the Restitution Order [Dkt. No. 28] remain in full force and effect.

The Clerk is directed to forward copies of this Order to counsel of record and to United States Probation Officer Nicole Andrews.

Entered this 18 day of October, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge